DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

MICHAEL CRAFTON,

Appellant,

v.

ANY KNOWN AND OR UNKNOWN TENANTS; CITY OF ST.
PETERSBURG; ICARS OF TAMPA LLC; SKYWAY CAPITAL
MANAGEMENT, LLC. and MIRSAD TOPALOVIC,

Appellees.

No. 2D2023-2431

———————————————

October 24, 2025

Appeal from the Circuit Court for Pinellas County; Thomas Ramsberger,
Judge.

Michael Crafton, pro se.

Steven W. Moore, for Appellee Skyway Capital Management.

No appearance for remaining Appellees.


PER CURIAM.

    Affirmed.

SILBERMAN, MORRIS, and ATKINSON, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.